IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RUCKER,

      Petitioner,                No. CIV S-08-1856 KJM P

      vs.

D.K. SISTO,

      Respondent.            ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a). He has asked that the court hold the petition until the fee arrives.   Petitioner should arrange for the fee to be paid within thirty days of the date of this order.

      In addition, petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

1

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

      2. Petitioner's request for appointment of counsel (docket no. 1) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: August 25, 2008.

_____
U.S. MAGISTRATE JUDGE

/ke
ruck1856.101a+110