IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RUCKER,

    Petitioner,                    Civ. No. S-08-1856 KJM

    vs.

D.K. SISTO, Warden,

    Respondent.                 ORDER

                                  /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Because this petition challenges a denial of parole, the relevant documents should include the transcript of the October 9, 2007 parole hearing and any documents, reports or letters considered by the panel;

1

1      2. If the response to the habeas petition is an answer, petitioner's reply, if any,
2  shall be filed and served within thirty days after service of the answer;
3      3. If the response to the habeas petition is a motion, petitioner's opposition or
4  statement of non-opposition to the motion shall be filed and served within thirty days after
5  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
6  thereafter; and
7      4. The Clerk of the Court shall serve a copy of this order, **the**
8  **consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this**
9  **court**, and a copy of the petition for writ of habeas corpus on Jennifer Neill,  Senior Assistant
10 Attorney General.
11 DATED:  January 21, 2009.

_____
U.S. MAGISTRATE JUDGE

2
ruck1856.100