IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RUCKER,

      Petitioner,                    No. CIV S-08-1856 FCD CHS P

   vs.

D.K. SISTO, Warden,

      Respondent.                 ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner is challenging his October 19, 2007, denial of parole.  On October 9, 2009, this matter was reassigned from the previous Magistrate Judge to the undersigned.  After reviewing the record it does not appear that a complete copy of the transcripts of the October 19, 2007, parole hearing have been lodged.

        Therefore, IT IS ORDERED that Respondent lodge a complete copy of the transcripts of the October 19, 2007, parole hearing within 21 days of the date of this order.

DATED: November 25, 2009

                                           CHARLENE H. SORRENTINO
                                           UNITED STATES MAGISTRATE JUDGE