IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RUCKER,

    Petitioner,                                 No. CIV S-08-1856 FCD CHS P

    vs.

D.K. SISTO, Warden,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254.  At issue is the execution of his sentence for first degree murder with use of a firearm, and specifically, the October 19, 2007 decision of the Board of Parole Hearings finding him unsuitable for parole.

        On October 30, 2009 and November 10, 2009, petitioner filed motions requesting this court to take judicial notice of a handful of district court cases applying Ninth Circuit law which he contends is applicable to his case.  Petitioner's motions are GRANTED to the extent that the court is aware of and will consider the cases cited by petitioner and the applicability of their holdings, if any, to the pending petition.

Dated: December 18, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1