IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RUCKER,

    Petitioner,                                 No. CIV S-08-1856 FCD CHS P

    vs.

D.K. SISTO, Warden,

    Respondent.                        ORDER

_____/

        Petitioner's application for writ of habeas corpus was denied and judgment entered on February 2, 2010. Petitioner filed a timely notice of appeal with respect to that decision and his appeal has been processed to the Ninth Circuit.

        On March 18, 2010, petitioner filed a motion to proceed on appeal in forma pauperis. Petitioner's declaration makes the showing required by 28 U.S.C. § 1915(a), accordingly his motion to proceed in forma pauperis on appeal is hereby GRANTED.

IT IS SO ORDERED.

DATED: March 22, 2010

*Charlene H. Sorrentino* (signature)

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1